GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email:  gschnitzer@ksjattorneys.com
*Attorney for Defendant*
*LexisNexis Risk Solutions*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERESA L. EVANS-SAMPLE,<br><br>Plaintiff,<br><br>vs.<br><br>EARLY WARNING SERVICES, LLC; JP MORGAN CHASE BANK, NA; LEXISNEXIS RISK SOLUTIONS; TARGET FINANCIAL; AND WELLS FARGO BANK, NA,<br><br>Defendants. | Case No.:   2:20-cv-00758-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LexisNexis Risk Solutions ("Defendant") and Plaintiff Teresa L. Evans-Sample ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed her Complaint on April 27, 2020;

2. Defendant was served with the Complaint on May 14, 2020;

3. Defendant's deadline to answer or respond to Plaintiff's Complaint is June 4, 2020;

4. Defendant has requested, and Plaintiff has consented to, an additional fourteen (14) days for Defendant to file an Answer or otherwise respond to the Complaint;

5. An additional fourteen (14) days for Defendant to answer or respond to Plaintiff's

1

1  Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice
2  any party;
3       6.     Good cause exists to grant the stipulation as the additional fourteen (14) days are
4  needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a
5  review of all relevant documents;
6       7.     Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that
7  Defendant shall have up to and including June 18, 2020 to file a responsive pleading to Plaintiff's
8  Complaint.
9       8.     WHEREAS, this is the first request by the Parties seeking such extension;
10  THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY
11  STIPULATED AND AGREED by and between the Parties as follows:
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //

Defendant LEXISNEXIS RISK SOLUTIONS shall have up to and including June 18, 2020 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 29th day of May, 2020.

| | |
|---|---|
| */s/ Miles N. Clark* <br> Matthew I. Knepper, Esq., SBN 12796 <br> Miles N. Clark, Esq., SBN 13848 <br> KNEPPER & CLARK LLC <br> 5510 S. Fort Apache Rd., Suite 30 <br> Las Vegas, NV 89148-7700 <br> Telephone: (702) 859-7430 <br> Facsimile: (702) 447-8048 <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq., SBN 9086 <br> KRIEGER LAW GROUP, LLC <br> 500 N. Rainbow Blvd., Suite 300 <br> Las Vegas, NV 89107 <br> Telephone: (702) 848-3855 <br> Email: dkrieger@kriegerlawgroup.com <br> *Attorneys for Plaintiff* <br> *Teresa L. Evans-Sample* | */s/ Gary E. Schnitzer* <br> Gary E. Schnitzer, Esq., SBN 395 <br> KRAVITZ, SCHNITZER & JOHNSON, CHTD. <br> 8985 South Eastern Avenue, Suite 200 <br> Las Vegas, NV 89123 <br> Telephone: (702) 222-4142 <br> Facsimile: (702) 362-2203 <br> Email: gschnitzer@ksjattorneys.com <br> *Attorneys for Defendant* <br> *LexisNexis Risk Solutions* |

**IT IS ORDERED.**

DATED this 1st day of June, 2020.

_____
United States Magistrate Judge

3