Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant,*
*JP Morgan Chase Bank, NA*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TERESA EVANS-SAMPLE; <br><br> Plaintiff, <br><br> v. <br><br> EARLY WARNING SERVICES, LLP; JP MORGAN CHASE BANK, NA; LEXISNEXIS RISK SOLUTIONS; TARGET FINANCIAL; AND WELLS FARGO BANK, NA; <br><br> Defendants. | CASE NO. 2:20-cv-00758-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JP MORGAN CHASE BANK, NA TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> (First Request) |

Plaintiff Teresa Evans-Sample ("Plaintiff") and Defendant JP Morgan Chase Bank, NA ("Chase")[1] stipulate and agree that Chase has up to and including June 25, 2020 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Chase to prepare a response.

*[Continued on following page.]*

---

[1] By filing this Stipulation, Chase is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #40197039 v1

This is the first request for an extension, and is made in good faith and not for purposes of delay.

Dated this 3rd day of June, 2020.

| BALLARD SPAHR LLP | KRIEGER LAW GROUP LLC |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Emil S. Kim, Esq.<br>Nevada Bar No. 14894<br>BALLARD SPAHR LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JP Morgan Chase Bank, NA* | By: /s/ Miles N. Clark<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>KRIEGER LAW GROUP LLC<br>500 North Rainbow Boulevard, Suite 300<br>Las Vegas, Nevada 89107<br><br>Matthew I. Knepper<br>Nevada Bar No. 12796<br>Miles N. Clark<br>Nevada Bar No. 13848<br>KNEPPER & CLERK LLC<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Plaintiff Teresa Evans-Sample* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   6-10-2020

2

DMWEST #40197039 v1