**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  (702) 257-1997
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com

Attorneys for Defendant, TARGET FINANCIAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERESA L. EVANS-SAMPLE,<br><br>  Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC; JP MORGAN CHASE BANK, NA; LEXISNEXIS RISK SOLUTIONS; TARGET FINANCIAL; AND WELLS FARGO BANK, NA,<br><br>  Defendants. | CASE NO:  2:20-cv-00758-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR TARGET FINANCIAL TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Defendant Target Financial ("Target"), by and through its counsel, Loren S. Young, Esq. of Lincoln, Gustafson & Cercos, LLP, and Plaintiff, Teresa L. Evans-Sample ("Plaintiff"), by and through her counsel, David H. Krieger, Esq. of Krieger Law Group, LLC and Matthew I. Knepper, Esq. and Miles N. Clark, Esq. of Knepper & Clark, LLC, hereby respectfully submit this stipulation to extend time for Target Financial to respond to Plaintiff's Complaint.  This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2 and LR 7-1.  This is the first request for extension of time to respond to Plaintiff's Complaint.

Plaintiff filed her Complaint on April 27, 2020, and Target Financial was served with the Complaint on May 18, 2020.  Accordingly, Target Financial's response to Plaintiff's Complaint is currently due June 8, 2020.  Upon Target Financial's request and good cause

shown, Plaintiff has agreed to a two (2) week extension for Target Financial to respond to Plaintiff's Complaint.

THEREFORE, Defendant Target Financial shall have up to and including June 22, 2020 to file a responsive pleading to Plaintiff's Complaint.

DATED this 5th day of June, 2020.

**KNEPPER & CLARK, LLC**

*/s/   Miles N. Clark*
_____
**MILES N. CLARK, ESQ.**
Nevada Bar No. 13848
5510 S. Fort Apache Rd., Ste. 30
Las Vegas, NV  89148-7700
Attorneys for Plaintiff,
Teresa L. Evans-Sample

DATED this 5th day of June, 2020.

**LINCOLN, GUSTAFSON & CERCOS, LLP**

*/s/   Loren S. Young*
_____
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada  89169-5968
Attorneys for Defendant,
Target Financial

**IT IS SO ORDERED.**

Dated: __6-10-2020_____

_____
UNITED STATES MAGISTRATE JUDGE

**PROOF OF ELECTRONIC SERVICE**

I certify that on this 5th day of June, 2020, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                            /s/   Barbara J. Pederson

                                        Barbara J. Pederson, an employee
                                        of the law offices of

v:\a-e\evans-sample_target\atty notes\drafts\pldgs\20200603_sao_extend_bjp.doc.docx