Laura R. Jacobsen, Esq. (NSBN 13699)
Jason B. Sifers, Esq. (NSBN 14273)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ljacobsen@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

*Attorneys for Defendant*
*Early Warning Services, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TERESA EVANS-SAMPLE,<br><br>Plaintiff,<br><br>vs.<br><br>EARLY WARNING SERVICES, LLC; JP MORGAN CHASE BANK, NA; LEXISNEXIS RISK SOLUTIONS; TARGET FINANCIAL; and WELLS FARGO BANK, NA,<br><br>Defendants. | Case No. 2:20-cv-00758-JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT EARLY WARNING SERVICES, LLC TO RESPOND TO COMPLAINT**<br>**(First Request)** |

Defendant Early Warning Services, LLC ("EWS") and Plaintiff Teresa Evans-Sample ("Plaintiff"), by counsel, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time for Defendant Early Warning Services, LLC to Respond to Complaint, up to an including July 20, 2020. In support of the Stipulation, the parties state the following:

1. EWS signed a waiver of service on or around April 28, 2020 making its responsive pleading due on or around June 29, 2020.

2. The undersigned counsel for EWS was retained by EWS in connection with this matter and is continuing to review the allegations asserted in the Complaint.

3. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

1

42569810v1

4. This is the first request to extend the deadline for EWS to file its responsive pleading.

5. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

6. Therefore, the parties hereby stipulate that the deadline for EWS to file its responsive pleading shall be extended through July 20, 2020.

DATED: June 25, 2020.

KNEPPER & CLARK LLC

By: */s/ Miles N. Clark*
    Matthew I. Knepper, Esq. (NSBN 12796)
    Miles N. Clark, Esq. (NSBN 13848)
    5510 S. Fort Apache Rd., Suite 30
    Las Vegas, NV 89418-7700
    matthew.knepper@knepperclark.com
    miles.clark@knepperclark.com

KRIEGER LAW GROUP LLC
David H. Krieger, Esq. (NSBN 9086)
500 N. Rainbow Blvd., Suite 300
Las Vegas, NV 89107
dkrieger@kriegerlawgroup.com

*Attorneys for Plaintiff
Teresa Evans-Sample*

McDONALD CARANO LLP

By: */s/ Laura R. Jacobsen*
    Laura R. Jacobsen, Esq. (NSBN13699)
    Jason B. Sifers, Esq. (NSBN 14273)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    ljacobsen@mcdonaldcarano.com
    jsifers@mcdonaldcarano.com

*Attorneys for Defendant
Early Warning Services, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 25, 2020

42569810v1