KIRK C. JOHNSON, ESQ.
Nevada Bar No. 4299
SAMANTHA J. REVIGLIO, ESQ.
Nevada Bar No. 14258
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.: (775) 348-8300
kirk@nvlawyers.com
samantha@nvlawers.com
*Attorneys for Defendant, Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TERESA L. EVANS-SAMPLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EARLY WARNING SERVICES, LLC; JP MORGAN CHASE BANK, NA; LEXISNEXIS RISK SOLUTIONS; TARGET FINANCIAL; AND WELLS FARGO BANK, NA,<br><br>　　　　Defendants. | Case No. 2:20-cv-00758-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR WELLS FARGO TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Wells Fargo Bank, NA, ("Wells Fargo") by and through its counsel Kirk C. Johnson, Esq. and Samantha J. Reviglio, Esq. of Robertson, Johnson, Miller & Williamson and Plaintiff Teresa L. Evans-Sample ("Plaintiff"), by and through her counsel, David H. Krieger, Esq. of Krieger Law Group LLC and Matthew I. Kneppers, Esq. and Miles N. Clark, Esq. of Knepper & Clark LLC, hereby respectfully submit this stipulation to extend time for Wells Fargo to respond to Plaintiff's Complaint. This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2 and LR 7-1. This is the second request for extension of time to respond to Plaintiff's Complaint.

Plaintiff filed her Complaint on April 27, 2020 and Wells Fargo was served with the Complaint on May 14, 2020. Accordingly, Wells Fargo's response to Plaintiff's Complaint was initially due on June 4, 2020. By Agreement, the Court extended Wells Fargo's deadline to

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
PAGE 1

42572046

respond to the Complaint to July 2, 2020. (ECF No. 11). Upon Wells Fargo's request and good cause shown, Plaintiff has agreed to a further twenty-one (21) day extension for Wells Fargo to respond to Plaintiff's Complaint.

THEREFORE, Defendant WELLS FARGO BANK, NA shall have up to and including July 23, 2020 to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 29th day of June, 2020.

KRIEGER LAW GROUP, LLC

By:*/s/ Miles N. Clark*
David H. Krieger, Esq.
500 N. Rainbow Blvd., Suite 300
Las Vegas, NV 89107
Tel: 702.848.3855
dkrieger@kriegerlawgroup.com

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK LLC
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Tel: 702.859.7430
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com

*Attorneys for Plaintiff*

DATED this 29th day of June, 2020.

ROBERTSON, JOHNSON
MILLER & WILLIAMSON

By:*/s/ Samantha J. Reviglio*
Samantha J. Reviglio, Esq.
Kirk C. Johnson, Esq.
50 W. Liberty Street, Suite 600
Reno, Nevada 89501
kirk@nvlawyers.com
samantha@nvlawyers.com

*Attorneys for Defendant, Wells Fargo*

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 6-30-2020 _____

Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno. Nevada 89501

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
PAGE 2

42572046